# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

AMANDA WILLIAMS

VERSUS

MURPHY OIL USA, INC.

NO.   2024 CW 0577

**DECEMBER 3, 2024**

---

In Re:   Amanda Williams, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 697455.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

**APPLICATION FOR REHEARING DENIED.**

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT